

People v Richburg (2025 NY Slip Op 00641)





People v Richburg


2025 NY Slip Op 00641


Decided on February 04, 2025


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered: February 04, 2025

Before: Friedman, J.P., Gesmer, González, Scarpulla, Pitt-Burke, JJ. 


Ind. No. 261/20 Appeal No. 3624 Case No. 2022-01869 

[*1]The People of The State of New York, Respondent,
vTyriese Richburg, Defendant-Appellant.


Twyla Carter, The Legal Aid Society, New York (Paris C. DeYoung of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Andrew John Loizides of counsel), for respondent.



An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Martin Marcus, J.), rendered April 15, 2022,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 4, 2025
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.








